# Third District Court of Appeal
## State of Florida

Opinion filed August 11, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D20-776 and 3D20-955
Lower Tribunal No. 18-14270

————————

**James Celestin,**
Appellant,

vs.

**First Home Realty and Investment Corporation, et al.,**
Appellees.


Appeals from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Law Offices of James Jean-Francois, P.A., and James Jean-Francois (Hollywood), for appellant.

Wasson & Associates, Chartered, and Annabel C. Majewski; and Jeffrey Greenhaus, for appellee Dario Desrouleaux.


Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.